| | |
|---|---|
| 1 | MARY WATSON FISHER, State Bar No. 162478<br>mfisher@wfbm.com |
| 2 | STACEY M. LARUFFA, State Bar No. 256394<br>slaruffa@wfbm.com |
| 3 | WFBM, LLP<br>One City Boulevard West, Fifth Floor |
| 4 | Orange, California 92868-3677<br>Telephone:  (714) 634-2522 |
| 5 | Facsimile:   (714) 634-0686 |
| 6 | Attorneys for Defendants ALLIANZ<br>GLOBAL RISKS US INSURANCE |
| 7 | COMPANY; ALLIANZ GLOBAL<br>ASSISTANCE; AND JEFFERSON |
| 8 | INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ORNA SHAPOSHNIK, | Case No. CV 15-05441BRO |
| Plaintiff, | **ORDER RE DISMISSAL WITH PREJUDICE** |
| v. | Assigned to: |
| ALLIANZ GLOBAL RISKS US INSURANCE COMPANY; JEFFERSON INSURANCE COMPANY; ALLIANZ GLOBAL ASSISTANCE INSURANCE AGENCY; AND DOES 1-100, INCLUSIVE, | Hon.:   Beverly Reid O'Connell<br>Dept.:  14<br><br>Trial:   July 19, 2016 |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 **ORDER**

3   Pursuant to the stipulation, IT IS HEREBY ORDERED that this action is
4 dismissed with prejudice as ALLIANZ GLOBAL ASSISTANCE and JEFFERSON
5 INSURANCE COMPANY.

8 **IT IS HEREBY ORDERED**

9 Dated: February 12, 2016   _____
10                            HONORABLE BEVERLY REID O'CONNELL
                              UNITED STATES DISTRICT COURT JUDGE